USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/24/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO AMIGON,

        Plaintiff,

    -against-

2WITH DELI CORP. and ANDREW
WENGOVER,

        Defendants.

26-CV-1864 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This Court's Order Scheduling General Pretrial Management Conference dated April 27, 2026 (Scheduling Order) (Dkt. 11) directed the parties to submit a Pre-Conference Statement by June 23, 2026. The Court has not received a Pre-Conference Statement.

No later than **June 26, 2025**, the parties must file a Pre-Conference Statement, via ECF and signed by counsel for all parties, that contains the information required under the Scheduling Order.

Dated:  New York, New York
      June 24, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**