LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/10/24

MEMO ENDORSED

November 9, 2026

*Via ECF*

Hon. Barbara C. Moses, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316

Re: *Amigon v. 2With Deli Corp. et al.* 26 CV 01864 (VSB)(BCM)

Dear Judge Moses,

The undersigned is counsel to the plaintiff in the above-referenced matter. I am pleased to inform the Court that the parties have reached settlement terms and are currently in the process of drafting a settlement agreement. The parties kindly request an adjournment of the November 16, 2026 conference and thirty days to finalize the agreement and to dismiss the case.

The parties that the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller

In light of the parties' representation that they have reached a settlement, the deadlines set forth in the Court's June 30, 2026 Initial Case Management Order (Dkt. 17) are hereby ADJOURNED *sine die*. Further, the status conference originally scheduled for November 16, 2026 is hereby ADJOURNED *sine die*.
SO ORDERED.

______________________
**Barbara Moses**
**United States Magistrate Judge**
**November 10, 2026**